852

No. 1137. WELLS *v.* UNITED STATES. June 16, 1947. Petition for writ of certiorari to the Circuit Court of Appeals for the Fifth Circuit denied. Petitioner *pro se. Acting Solicitor General Washington, Robert S. Erdahl* and *Philip R. Monahan* for the United States.

No. 1152. YOUNG *v.* UNITED STATES. June 16, 1947. Petition for writ of certiorari to the Circuit Court of Appeals for the Fifth Circuit denied. Petitioner *pro se. Acting Solicitor General Washington, Robert S. Erdahl* and *Beatrice Rosenberg* for the United States.

No. 1228. MYERS *v.* HUNTER, WARDEN. June 16, 1947. Petition for writ of certiorari to the Circuit Court of Appeals for the Tenth Circuit denied. Petitioner *pro se. Acting Solicitor General Washington, Robert S. Erdahl* and *Beatrice Rosenberg* for respondent.

No. 1245. SMITH *v.* HUDSPETH, WARDEN. June 16, 1947. Petition for writ of certiorari to the Supreme Court of Kansas denied.

No. 1323. McCABE *v.* ARKANSAS. June 16, 1947. Petition for writ of certiorari to the Supreme Court of Arkansas denied. *William Thomas Harper* for petitioner. *Guy E. Williams,* Attorney General of Arkansas, for respondent.

No. 1356. SMITH *v.* CALIFORNIA. June 16, 1947. Petition for writ of certiorari to the Supreme Court of Cali-